# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| CHARLES J. WILLIAMS, ) <br> Plaintiff, ) <br> v. ) <br> STATE OF NEVADA et al., ) <br> Defendants. ) <br> _____ ) | 2:14-cv-2194-RFB-CWH <br><br> **ORDER** |

**I.    DISCUSSION**

Plaintiff, *pro se*, has filed an application to proceed *in forma pauperis* and has submitted a civil rights complaint pursuant to 42 U.S.C. § 1983. (ECF No. 1, 1-1). At the time Plaintiff initiated this case, Plaintiff was a prisoner in the custody of the Nevada Department of Corrections ("NDOC"). According to the NDOC website, Plaintiff has been released from prison. Plaintiff has not filed an updated address with this Court.

The Court notes that pursuant to Nevada Local Special Rule 2-2, "[t]he plaintiff shall immediately file with the Court written notification of any change of address. The notification must include proof of service upon each opposing party or the party's attorney. Failure to comply with this Rule may result in dismissal of the action with prejudice." Nev. Loc. Special R. 2-2. This Court grants Plaintiff thirty (30) days from the date of entry of this order to file his updated address with this Court. If Plaintiff does not update the Court with his current address within thirty (30) days from the date of entry of this order, the Court will dismiss this action without prejudice.

*///*

*///*

## II. CONCLUSION

For the foregoing reasons, IT IS ORDERED that Plaintiff shall file an updated address with this Court within thirty (30) days from the date of entry of this order.

IT IS FURTHER ORDERED that if Plaintiff does not timely comply with this order, the Court shall dismiss this action without prejudice.

DATED: This 11th day of May, 2015.

_____
United States Magistrate Judge